No. 42184.—Protest 980019–G of Uddo Taormina Corp. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40469 the protest was sustained.